UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 25-CR-291** |
| **v.** : | |
| : | |
| **JOSHUA ROSSER,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Joshua Rosser, by and through undersigned counsel, respectfully moves this Court for an Order modifying the conditions of his release pending sentencing. The government and Pretrial Services take no position on the motion and relief requested. The government further represented that it defers to the Court.

Mr. Rosser was arrested on September 2, 2025. He was charged by Complaint on September 3, 2025 with Assaulting, Resisting, or Impeding Certain Officers or Employees in violation of 18 U.S.C. §§ 111(a)(1) and (b). He made his initial appearance on September 3, 2025. A detention hearing was held on September 5, 2025. The Court granted the government's motion for pretrial detention. On September 18, 2025, the government filed an Information charging Mr. Rosser with Assaulting, Resisting, or Impeding Certain Officers or Employees in violation of 18 U.S.C. §§ 111(a)(1) and Felony Fleeing from Law Enforcement in violation of 50 D.C. Code § 2201.05(b)(2). On October 7, 2025, Mr. Rosser pleaded guilty to the two counts in the Information. After accepting Mr. Rosser's guilty plea, the Court heard argument on the government's motion for detention pending sentencing. On October 8, 2025, the Court ordered Mr. Rosser released pending sentencing. He was placed in the High Intensity Supervision Program, and a curfew was imposed from 8:00 pm to 8:00 am.

1

With one minor exception[1], Mr. Rosser has been fully compliant with all terms of his release. The terms of his release, particularly the curfew, have posed an obstacle in his ability to obtain employment. Several of the job opportunities were in the evening and overnight, which would require a modification of his curfew. In order to allow him to pursue these opportunities and be able to spend time with his family, Mr. Rosser asks the Court to remove the curfew requirement. His actions since being released by the Court demonstrate that he is not a risk of flight nor is he a danger to the community. He has passed every drug test administered by pretrial and the one conducted during his PSR interview. Given this, we also ask that the drug testing requirement is lifted or modified to monthly. He will continue to comply with all other conditions of release.

Dated: November 26, 2025                Respectfully submitted,


        /s/ Marc Eisenstein
Marc Eisenstein  (DC Bar No. 1007208)
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant*

---

[1] On November 25, 2025, Mr. Rosser arrived at his residence at 8:09 pm., which is 9 minutes past his 8:00 pm curfew. He was visiting his son and unable to get a ride home. He requested an Uber, and when he saw it would not bring him home by his curfew, he contacted his pretrial officer by text. He texted his pretrial officer at 8:09 pm when he arrived home.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 26, 2025 a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via e-mail.

/s/
Marc Eisenstein