**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Crim. No. 25-CR-291** |
| : | |
| **JOSHUA ROSSER,** : | |
| : | |
| **Defendant.** : | |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Modify Condition of Release, and the entire records, it is by the Court this _____ **day of** _____ **2025**

**ORDERED** that the Motion be, and it hereby is **GRANTED**.

It is **FURTHER ORDERED** that Mr. Rosser's conditions of release pending sentencing shall be amended to remove the curfew and drug testing requirements. All other conditions remain in place.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE

**Copies to all parties**